No. 956. HIBLER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Bob Huff* for petitioners. *Solicitor General Griswold, Assistant Attorney General Rogovin, Grant W. Wiprud* and *Donald A. Statland* for respondent.

No. 960. COLBERG, INC., ET AL. *v.* CALIFORNIA EX REL. DEPARTMENT OF PUBLIC WORKS. Sup. Ct. Cal. Certiorari denied. *Richard Burton Daley* for petitioners. *Harry S. Fenton* and *Robert F. Carlson* for respondent.

No. 965. COTHREN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *T. R. Bryan* and *W. H. McElwee* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 967. ATCHISON, TOPEKA & SANTA FE RAILWAY Co. *v.* BOYER. Sup. Ct. Ill. Certiorari denied. *Floyd Stuppi* and *Gus Svolos* for petitioner. *Sidney Z. Karasik* for respondent.

No. 970. GUINN, U. S. DISTRICT JUDGE, ET AL. *v.* ACF INDUSTRIES, INC. C. A. 5th Cir. Certiorari denied. *John G. Patterson* and *Gerald K. Fugit* for petitioners. *William J. Barnes* for respondent.

No. 980. ELECTRIC FURNACE CORP. *v.* DEERING MILLIKEN RESEARCH CORP. C. A. 6th Cir. Certiorari denied. *John A. Chambliss, Jr.,* and *Sizer Chambliss* for petitioner. *B. P. Gambrell* and *Ray H. Moseley* for respondent.